Rory J. Linerud, OSB # 970061
Rory@LinerudLawFirm; rorylinerud@hotmail.com
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971) 218-6954
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## EUGENE DIVISION

| | | |
|---|---|---|
| KRISTINE METCALFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL No. 6:22-CV-00485-JR |
| | ) | |
| COMMISSIONER, SOCIAL | ) | ORDER AWARDING FEES |
| SECURITY ADMINISTRATION, | ) | PURSUANT TO THE EQUAL |
| | ) | ACCESS TO JUSTICE ACT |
| | ) | |
| Defendant. | ) | |

It is hereby ORDERED that attorney fees in the amount of $8,000.00 are awarded to

Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of

this award shall be paid to Plaintiff's attorney upon verification that Plaintiff validly assigned

these EAJA fees to his attorney and that Plaintiff has no debt, which qualifies for offset against

the award, pursuant to the Treasury Offset Program. *See Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt and there is a valid assignment, then a check shall be made out to

Plaintiff's attorney, Rory Linerud, and mailed to Plaintiff's attorney's office as follows: Rory J.

Linerud, 1144 Wallace Road NW, #212, Salem, OR 97304.

If Plaintiff has a debt, and/or if there is no valid assignment, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. IT IS SO ORDERED.

DATED this 6th day of April, 2023.

/s/ Jolie A. Russo
HONORABLE JOLIE A. RUSSO
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ Rory J. Linerud
RORY J. LINERUD
Oregon State Bar #970061
Attorney for Plaintiff
Linerud Law Firm
1144 Wallace Road NW, #212
Salem, OR 97304
Phone: (971)218-6954
Email: Rory@LinerudLawFirm.com
Fax: (503)877-6691